IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| QUENTIN DURAND WALKER, | § | |
| Plaintiff, | § | |
| v. | § | No. 7:10-cv-152-O |
| | § | |
| MICHAEL J. ASTRUE, Commissioner of | § | |
| Social Security, | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and noting no objections have been filed thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Accordingly, the Commissioner's Rule 12(b)(1) motion to dismiss (ECF No. 17) is **GRANTED** and this case is **DISMISSED** without prejudice for lack of subject matter jurisdiction for the reasons set forth in the Magistrate Judge's findings and recommendation (ECF No. 22).

**SO ORDERED** this **28th** day of **February, 2011.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**